**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Croucher, Nicholas Togno, Christopher Croucher (deceased), Sandra Reddick, Christopher Reddick, Defendants,

of whom Jessica Croucher is the Appellant.

In the Interest of Minors Under the Age of 18.

Appellate Case No. 2025-000886

---

Appeal From Laurens County
Joseph C. Smithdeal, Family Court Judge

---

Unpublished Opinion No. 2025-UP-308
Submitted September 3, 2025 – Filed September 5, 2025

---

**AFFIRMED**

---

Timothy M. Ray, of Spartanburg, for Appellant.

Karissa Marie O'Keefe-Young, of the South Carolina Department of Social Services, of Laurens, for Respondent.

John Marshall Swails, Jr., of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Jessica Croucher appeals the family court's permanency planning order directing custody of her minor children (Children) to remain with Children's maternal grandparents, authorizing the South Carolina Department of Social Services (SCDSS) to forego offering further reunification services, and closing the case.  *See* S.C. Code Ann. § 63-7-1700(C) (Supp. 2024) ("At the permanency planning hearing, the court shall approve a plan for achieving permanence for the child."); S.C. Code Ann. § 63-7-1700(G)(1) (Supp. 2024) (stating the family court may award custody to a fit and willing relative when a child cannot safely be returned to his or her parents and termination of parental rights is not in the child's best interest); S.C. Code Ann. § 63-7-1640(C) (Supp. 2024) (setting forth situations in which a family court may authorize DSS to forego reasonable efforts at family reunification).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Croucher's counsel.

**AFFIRMED.**[1]

**MCDONALD, HEWITT, and TURNER, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.